**Order entered December 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00176-CR

**RAYMOND ELLIS NEWSOME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20384-W**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER.**

/s/    ADA BROWN
        JUSTICE